FILED13 DEC '12 12:06USDC-ORP

**UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:12-cr-00643-SI |
| v. | INDICTMENT |
| ANTONIO VERNELL PORTER, | 18 U.S.C. §§ 1591, 1594 |
| Defendant. | UNDER SEAL |

THE GRAND JURY CHARGES:

### COUNT 1
### Sex Trafficking of a Minor

Beginning on or about and between May 21, 2012 and June 1, 2012, in the District of Oregon, **ANTONIO VERNELL PORTER**, defendant herein, did knowingly and attempt to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, "Minor Female," knowing, and in reckless disregard of the fact after having had a reasonable opportunity to observe "Minor Female," that "Minor Female" had not attained the age of 18 years and would be caused

to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c), and 1594(a).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense listed above in Count 1, **ANTONIO VERNELL PORTER**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

DATED this 12 day of December 2012.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

*Stacie F. Beckerman*
_____
STACIE F. BECKERMAN, OSB #062397
Assistant United States Attorney

PAGE 2 - INDICTMENT/*United States v. Porter*